People ex rel. Mobilia v Liddie (2024 NY Slip Op 00002)

People ex rel. Mobilia v Liddie

2024 NY Slip Op 00002

Decided on January 3, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
LINDA CHRISTOPHER
LARA J. GENOVESI
BARRY E. WARHIT, JJ.

2023-12067

[*1]The People of the State of New York, ex rel. Matthew K. Mobilia, on behalf of Noel Yarngo, petitioner,
v
Lynelle Maginley Liddie, etc., respondent.

Matthew K. Mobilia, Staten Island, NY, petitioner pro se.
Michael E. McMahon, District Attorney, Staten Island, NY (James J. Gandia of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Noel Yarngo upon his own recognizance or, in the alternative, to set reasonable bail upon Richmond County Docket Nos. CR-007045-23RI and FG-30048-23RI.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Richmond County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DILLON, J.P., CHRISTOPHER, GENOVESI and WARHIT, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court